UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00384

**Robert Britt,**
*Plaintiff,*

v.

**Sheriff Larry Smith et al.,**
*Defendants.*

# ORDER

Plaintiff Robert Britt, proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983 complaining of conditions of confinement at the Smith County Jail in Tyler, Texas. Plaintiff filed a motion for preliminary injunction concerning the mail system at the jail. After review of the motion, the magistrate judge issued a report recommending denial of the motion for preliminary injunction. No objections to the magistrate judge's report were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for preliminary injunction (Doc. 10) is denied.

*So ordered by the court on March 25, 2022.*

J. CAMPBELL BARKER
United States District Judge